```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  NORMAN FRANCISCO PONFERRADA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0547 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| NORMAN FRANCISCO PONFERRADA, | ) Date: March 31, 2008 |
| | ) Time: 10:00 A.M. |
| | ) Judge: Hon. Frank C. Damrell, Jr. |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current status conference for February 4, 2008, at 10:00 a.m., be vacated and a new date of March 31, 2008, at 10:00 a.m., be set for a status conference.

The defense recently received paper discovery along with three discs of audio, video, and forensic computer evidence. Additional time is needed to review that discovery and perform necessary investigation. In addition, because this case involves the Lacey Act and the Endangered Species Act, defense counsel needs time to research and familiarize himself with the law.

1        It is further stipulated and agreed between the parties that the
2   period beginning February 4, 2008, to March 31, 2008, should be
3   excluded in computing the time within which the trial of the above
4   criminal prosecution must be commenced for purposes of the Speedy Trial
5   Act for defense preparation.  All parties stipulate and agree that this
6   is an appropriate exclusion of time within the meaning of Title 18,
7   United States Code, Section 3161(h)(8)(iv) and Local Code T4.
8
9   Dated: January 31, 2008
10                                      Respectfully submitted,
11                                      DANIEL BRODERICK
                                        Federal Defender
12
13                                           /S/NED SMOCK
                                        NED SMOCK
14                                      Assistant Federal Defender
                                        Attorney for Defendant
15                                      NORMAN FRANCISCO PONFERRADA
16
                                        MCGREGOR W. SCOTT
17                                      United States Attorney
18  Dated:   January 31, 2008
                                        /s/ Ned Smock for SAMUEL WONG
19                                      SAMUEL WONG
                                        Assistant U.S. Attorney
20
21      **IT IS SO ORDERED.**
22  DATED: January 31, 2008
23
24
25  _____
    FRANK C. DAMRELL, JR.
26  UNITED STATES DISTRICT JUDGE
27
28

2