DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NORMAN FRANCISCO PONFERRADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0547 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| NORMAN FRANCISCO PONFERRADA, | ) Date: April 28, 2008 |
| | ) Time: 10:00 A.M. |
| | ) Judge: Hon. Frank C. Damrell, Jr. |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current status conference for March 31, 2008, at 10:00 a.m., be vacated and a new date of April 28, 2008, at 10 a.m., be set for a status conference.

The defense has been engaged in discovery review and investigation.  Additional time is needed for investigation and because new counsel will be assigned to represent the defendant from within the Federal Defender Office because current counsel is leaving the office.

It is further stipulated and agreed between the parties that the period beginning March 31, 2008, to April 28, 2008, should be excluded

1  in computing the time within which the trial of the above criminal
2  prosecution must be commenced for purposes of the Speedy Trial Act for
3  defense preparation.  All parties stipulate and agree that this is an
4  appropriate exclusion of time within the meaning of Title 18, United
5  States Code, Section 3161(h)(8)(iv) and Local Code T4.

7  Dated: March 26, 2008

Respectfully submitted,

DANIEL BRODERICK
Federal Defender


      /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
NORMAN FRANCISCO PONFERRADA


MCGREGOR W. SCOTT
United States Attorney

Dated:  March 26, 2008
/s/ Ned Smock for SAMUEL WONG
SAMUEL WONG
Assistant U.S. Attorney


     IT IS SO ORDERED.

DATED: March 27, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE