```
DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NORMAN FRANCISCO PONFERRADA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-547 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| NORMAN FRANCISCO PONFERRADA, | ) Date: June 9, 2008 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff, and Ben Galloway, Staff Attorney, attorney for defendant, that the current status conference for April 28, 2008 at 10:00 a.m. be vacated and a new date of June 9, 2008 at 10:00 a.m. be set for a status conference.

The defense has been engaged in discovery review and investigation.  Additional time is needed for investigation and because defense counsel has recently been assigned to represent the defendant and needs additional time to familiarize and review the case with the defendant.

It is further stipulated and agreed between the parties that the

1  period beginning April 28, 2008, to June 9, 2008, should be excluded in
2  computing the time within which the trial of the above criminal
3  prosecution must be commenced for purposes of the Speedy Trial Act for
4  defense preparation.  All parties stipulate and agree that this is an
5  appropriate exclusion of time within the meaning of Title 18, United
6  States Code, Section 3161(h)(8)(iv) and Local Code T4.

8  Dated: April 21, 2008

9                                         Respectfully submitted,

10                                        DANIEL BRODERICK
                                          Federal Defender

12                                        /S/ BEN GALLOWAY
                                          BEN GALLOWAY
13                                        Staff Attorney
                                          Attorney for Defendant
14                                        NORMAN FRANCISCO PONFERRADA

16                                        MCGREGOR W. SCOTT
                                          United States Attorney

17  Dated:  April 21, 2008              /s/ Samuel Wong
                                    By:
18                                        SAMUEL WONG
                                          Assistant U.S. Attorney

20                              **ORDER**

21       Based on the stipulation of the parties and good cause
22  appearing therefrom, the Court hereby finds that the failure to grant a
23  continuance in this case would deny defense counsel reasonable time
24  necessary for effective preparation, taking into account the exercise
25  of due diligence.  The Court specifically finds that the ends of
26  justice served by the granting of such continuance outweigh the
27  interests of the public and the defendant in a speedy trial.
28       Based on these findings and pursuant to the stipulation of the

parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

DATED: April 22, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE