DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NORMAN FRANCISCO PONFERRADA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0547 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| NORMAN FRANCISCO PONFERRADA, | ) | Date:  June 9, 2008 |
| | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for defendant, that the current status conference for June 9, 2008 at 10:00 a.m. be vacated and a new date of August 4, 2008 at 10:00 a.m. be set for a status conference.

Current defense counsel is relatively new to the case. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that time under the Speedy Trial Act should be excluded from the date of the signing of this order through and including August 4, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(iv), for

preparation of counsel, and Local Code T4.

Dated: June 4, 2008

                                            Respectfully submitted,

                                            DANIEL BRODERICK
                                            Federal Defender

                                            /S/ Benjamin D. Galloway
                                            BENJAMIN D. GALLOWAY
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            NORMAN FRANCISCO PONFERRADA

Dated:   June 4, 2008                   MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Benjamin D. Galloway for Samuel Wong
                                            SAMUEL WONG
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, June 4, 2008, through and including August 14, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4. A new status conference date is hereby set for August 4, 2008, at 10:00 a.m.

DATED: June 4, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE