1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  NORMAN FRANCISCO PONFERRADA

7
                  IN THE UNITED STATES DISTRICT COURT
8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        ) No. CR-S-07-547 FCD
10                                  )
              Plaintiff,            )
11                                  ) STIPULATION AND ORDER
        v.                          )
12                                  )
   NORMAN FRANCISCO PONFERRADA,     ) Date:  September 8, 2008
13                                  ) Time:  10:00 a.m.
                                    ) Judge: Hon. Frank C. Damrell, Jr.
14                                  )
              Defendant.            )
15 _____

16      IT IS HEREBY STIPULATED by and between the parties hereto through

17 their respective counsel, SAMUEL WONG, Assistant United States

18 Attorney, attorney for plaintiff, and DENNIS S. WAKS, Supervising

19 Assistant Federal Defender, attorney for defendant, that the current

20 status conference for August 4, 2008 at 10:00 a.m. be vacated and a new

21 date of September 8, 2008 at 10:00 a.m. be set for a status conference.

22      Current defense counsel was recently assigned to this case.  The

23 reason for this continuance is to allow defense counsel additional time

24 to review discovery with the defendant, to examine possible defenses

25 and to continue investigating the facts of the case.

26      The parties agree that time under the Speedy Trial Act should be

27 excluded from the date of this stipulation, July 31, 2008, through and

28

1  including September 8, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),
2  for preparation of defense counsel, and Local Code T4.
3   Dated: July 31, 2008           Respectfully submitted,
4                                  DANIEL BRODERICK
                                   Federal Defender
5                                  /S/ Dennis S. Waks
                                   DENNIS S. WAKS
6                                  Supervising Assistant Federal Defender
                                   Attorney for Defendant
7                                  NORMAN FRANCISCO PONFERRADA
8  Dated:  July 31, 2008           MCGREGOR W. SCOTT
                                   United States Attorney
9
                                   /s/ Dennis S. Waks, for
10                                 SAMUEL WONG
                                   Assistant U.S. Attorney
11                                 Attorney for Plaintiff

12                                 **O R D E R**

13       Based on the stipulation of the parties and good cause
14 appearing therefrom, the Court hereby finds that the failure to grant a
15 continuance in this case would deny defense counsel reasonable time
16 necessary for effective preparation, taking into account the exercise
17 of due diligence.  The Court specifically finds that the ends of
18 justice served by the granting of such continuance outweigh the
19 interests of the public and the defendant in a speedy trial.  Based on
20 these findings and pursuant to the stipulation of the parties, the
21 Court hereby adopts the stipulation of the parties in its entirety as
22 its order.  Time is excluded from computation of time within which the
23 trial of this matter must be commenced beginning from the date of the
24 stipulation, July 31, 2008, through and including September 8, 2008,
25 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare]
26 and Local Code T4.  A new status conference date is hereby set for
27 September 8, 2008, at 10:00 a.m.
28 DATED: July 31, 2008

                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE

                                    2