```
DANIEL BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NORMAN FRANCISCO PONFERRADA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0547 FCD |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| NORMAN FRANCISCO PONFERRADA, | ) | Date:  October 27, 2008 |
| | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current status conference for September 8, 2008 at 10:00 a.m. be vacated and a new date of October 27, 2008 at 10:00 a.m. be set for a status conference.

Current defense counsel was recently assigned to this case. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that time under the Speedy Trial Act should be

excluded from the date of this stipulation, September 4, 2008, through and including October 27, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: September 4, 2008          Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender
                                  /S/ Dennis S. Waks
                                  DENNIS S. WAKS
                                  Supervising Assistant Federal Defender
                                  Attorney for Defendant
                                  NORMAN FRANCISCO PONFERRADA

Dated:  September 4, 2008         MCGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Dennis S. Waks, for
                                  SAMUEL WONG
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, September 4, 2008, through and including October 27, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare]
/ / /

1  and Local Code T4.  A new status conference date is hereby set for
2  October 27, 2008, at 10:00 a.m.
3
4  DATED: September 4, 2008
5                                          _____
                                            FRANK C. DAMRELL, JR.
6                                           UNITED STATES DISTRICT JUDGE

3