```
DANIEL BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NORMAN FRANCISCO PONFERRADA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-07-547 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| NORMAN FRANCISCO PONFERRADA, | ) |
| | ) Date:  January 12, 2009 |
| | ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorneys for defendant, that the current status conference for January 12, 2009 at 10:00 a.m. be vacated and a new date of February 17, 2009 at 10:00 a.m. be set for a status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that time under the Speedy Trial Act should be

excluded from the date of this stipulation, January 9, 2009, through and including February 17, 2009 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: January 9, 2009          Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender
                                /s/ Dennis S. Waks
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                NORMAN FRANCISCO PONFERRADA

Dated: January 9, 2009          /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                NORMAN FRANCISCO PONFERRADA

Dated: January 9, 2009          MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Benjamin Galloway for
                                SAMUEL WONG
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the

1  stipulation, January 9, 2009, through and including February 17, 2009,
2  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare]
3  and Local Code T4.  A new status conference date is hereby set for
4  February 17, 2009, at 10:00 a.m.

DATED: January 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE