```
DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
NORMAN FRANCISCO PONFERRADA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-07-547 FCD |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| NORMAN FRANCISCO PONFERRADA, ) | Date: September 8, 2009 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the current trial confirmation hearing set for August 24, 2009 and the jury trial set for September 15, 2009 be vacated, and a change of plea hearing be set for September 8, 2009 at 10:00 a.m..

    This continuance is being requested as the parties recently reached an agreement in principle to resolve this matter, and are now working to finalize a plea agreement.  Additional time is needed to complete that process and explain the ramifications of the plea agreement to defendant to his understanding.

1     Speedy trial time is to be excluded from the date of this
2 stipulation, August 20, 2009, through the date of the change of plea
3 hearing set for September 8, 2009, pursuant to 18 U.S.C. §§ 3161
4 (h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

6 Dated: August 20, 2009       Respectfully submitted,

7                                  DANIEL BRODERICK
                                 Federal Defender
8                                  /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
9                                  Assistant Federal Defender
                                 Attorney for Defendant
10                                 NORMAN FRANCISCO PONFERRADA

12 Dated: August 20, 2009       LAWRENCE G. BROWN
                                 United States Attorney

14                                  /s/ Benjamin Galloway for
                                 SAMUEL WONG
                                 Assistant U.S. Attorney
15                                  Attorney for Plaintiff

17                              **O R D E R**

18     Based on the stipulation of the parties and good cause appearing
19 therefrom, the Court hereby finds that the failure to grant a
20 continuance in this case would deny defense counsel reasonable time
21 necessary for effective preparation, taking into account the exercise
22 of due diligence.  The Court specifically finds that the ends of
23 justice served by the granting of such continuance outweigh the
24 interests of the public and the defendant in a speedy trial.  Based on
25 these findings and pursuant to the stipulation of the parties, the
26 Court hereby adopts the stipulation of the parties in its entirety as
27 its order.  Time is excluded from computation of time within which the
28 trial of this matter must be commenced beginning from the date of the

1  parties' stipulation, August 20, 2009, through and including September
2  8, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to
3  prepare] and Local Code T4.  A change of plea hearing date is hereby
4  set for September 8, 2009, at 10:00 a.m..

6  **IT IS SO ORDERED.**

8  DATED: August 21, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3